UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JACK ARGILA, ET AL.,

            Plaintiffs,

- against -

A. OTTAVINO CORP., ET AL.,

            Defendants.

23-cv-10410 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by February 14, 2024.

SO ORDERED.

Dated:    New York, New York
           February 1, 2024

                                            John G. Koeltl
                                   United States District Judge