UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACK ARGILA, et al.,

                Plaintiffs,

-v-

A. OTTAVINO CORP., et al.,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 10410 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (ECF No. 16). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Friday, March 15, 2024 at 10:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:      New York, New York
             March 1, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge