UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JACK ARGILA, et al.,

                    Plaintiff(s)                                  23 civ 10410 (JGK)

    -against-

A. OTTAVINO CORP, et al.,

                    Defendant(s).
------------------------------------------------------------X

## ORDER

       A scheduling order having been entered and the matter referred to Magistrate Judge Sarah L. Cave on February 16, 2024.

       The conference scheduled for April 4, 2024, at 3:00pm, is canceled.

**SO ORDERED.**

                                                                **JOHN G. KOELTL**
                                                   **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
           March 26, 2024