UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

JACK ARGILA, ET AL.,                    23-cv-10410 (JGK)

        Plaintiffs,                 ORDER

    - against -

A. OTTAVINO CORP., ET AL.,

        Defendants.
―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a conference in connection with the plaintiffs' request to reopen the case on **Thursday, October 24, 2024**, at **3:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
          October 21, 2024

                                      John G. Koeltl
                            United States District Judge